**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 13-6658**

─────────────

NAJIB SHEMAMI,

              Petitioner - Appellant,

        v.

WARDEN SARA M. REVELL,

              Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge.  (5:12-hc-02133-FL)

─────────────

Submitted:  September 24, 2013     Decided:  October 2, 2013

─────────────

Before WILKINSON, KING, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Lynne Louise Reid, L.L. REID LAW, Chapel Hill, North Carolina,
for appellant.  Christina Ann Kelley, BUREAU OF PRISONS, Butner,
North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Najib Shemami, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Shemami v. Revell, No. 5:12-hc-02133-FL (E.D.N.C. Mar. 20, 2013). We deny Shemami's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2